Fill in this information to identify the case:

Debtor name **Diamond Elite Albuquerque LLC**

United States Bankruptcy Court for the:

**Southern District of New York**

Case number (if known): **26-35494**

☐ Check if this is an amended filing

# Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | BERNALILLO COUNTY TREASURER 415 Silver Ave Sw Albuquerque, NM 87102-3225 | | | | | | $1,105,997.86 |
| 2 | | | | | | | |
| 3 | | | | | | | |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

Fill in this information to identify the case:

Debtor Name **Diamond Elite Albuquerque LLC**

United States Bankruptcy Court for the: **Southern** District of **New York**

(State)

Case number (If known): **26-35494**

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☑ No. Go to Part 2.

   ☐ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

2. **Cash on hand**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   Name of institution (bank or brokerage firm)     Type of account     Last 4 digits of account number

   3.1. _____ _____ __ __ __ __

   3.2. _____ _____ __ __ __ __

4. **Other cash equivalents** *(Identify all)*

   4.1 _____

   4.2 _____

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.

   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
| --- | --- |

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1 _____

7.2 _____     _____

8.   **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

     Description, including name of holder of prepayment

     8.1 _____     _____

     8.2 _____     _____

9.   **Total of Part 2**

     Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
|---------|---------------------|

10.  **Does the debtor have any accounts receivable?**

     ☑ No. Go to Part 4.

     ☐ Yes. Fill in the information below.

     **Current value of debtor's interest**

11.  **Accounts receivable**

     11a. 90 days old or less: _____ - _____ =.....➔     _____
                               face amount         doubtful or uncollectible accounts

     11b. Over 90 days old: _____ - _____ =.....➔     _____
                           face amount         doubtful or uncollectible accounts

12.  **Total of Part 3**

     Current value on lines 11a + 11b = line 12. Copy the total to line 82.

| Part 4: | Investments |
|---------|-------------|

13.  **Does the debtor own any investments?**

     ☑ No. Go to Part 5.

     ☐ Yes. Fill in the information below.

     **Valuation method used for current value**     **Current value of debtor's interest**

14.  **Mutual funds or publicly traded stocks not included in Part 1**

     Name of fund or stock:

     14.1 _____     _____     _____

     14.2 _____     _____     _____

15.  **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

     Name of entity:                                          % of ownership:

     15.1. _____     _____     _____     _____

     15.2. _____     _____     _____     _____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1 _____    _____    _____

    16.2 _____    _____    _____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.

| | |
|---|---|
| | |

---

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☑ No. Go to Part 6.

    ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| 20. **Work in progress** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| 21. **Finished goods, including goods held for resale** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| 22. **Other inventory or supplies** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |

23. **Total of Part 5**

    Add lines 19 through 22. Copy the total to line 84.

| | |
|---|---|
| | |

24. **Is any of the property listed in Part 5 perishable?**

    ☐ No

    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

    ☐ No

    ☐ Yes.  Book value _____ Valuation method _____ Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

    ☐ No

    ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |

33. **Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

   ☐ No

   ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes.  Book value _____ Valuation method _____ Current value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.

☐ Yes. Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** | | | |
| | | | | |
| 40. | **Office fixtures** | | | |
| | | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| | | | | |
| 42. | **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| | 42.1 _____ | | | |
| | 42.2 _____ | | | |
| | 42.3 _____ | | | |

43. **Total of Part 7**
Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
   ❑ No
   ❑ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
   ❑ No
   ❑ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**
   ☑ No. Go to Part 9.
   ❑ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 _____ | | | |
| 47.2 _____ | | | |
| 47.3 _____ | | | |
| 47.4 _____ | | | |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

    48.1 _____    _____ _____ _____

    48.2 _____    _____ _____ _____

49. **Aircraft and accessories**

    49.1 _____    _____ _____ _____

    49.2 _____    _____ _____ _____

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

    _____    _____ _____ _____

51. **Total of Part 8**

    Add lines 47 through 50. Copy the total to line 87.    _____

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

    ❏ No

    ❏ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

    ❏ No

    ❏ Yes

## Part 9:    Real property

54. **Does the debtor own or lease any real property?**

    ❏ No. Go to Part 10.

    ☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 **Housing Development / 3003 Transport St Se Albuquerque, NM 87106-4307** | **Fee Simple** | **unknown** | | **$50,000,000.00** |

56. **Total of Part 9**

    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.    **$50,000,000.00**

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

    ☑ No

    ❏ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 10: | Intangibles and intellectual property |
| --- | --- |

59.  **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 60.  **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.  **Internet domain names and websites** | | | |
| 62.  **Licenses, franchises, and royalties** | | | |
| 63.  **Customer lists, mailing lists, or other compilations** | | | |
| 64.  **Other intangibles, or intellectual property** | | | |
| 65.  **Goodwill** | | | |

66.  **Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☐ No

☐ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No

☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 11: | All other assets |
| --- | --- |

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.

☐ Yes. Fill in the information below.

**Current value of debtor's interest**

71. **Notes receivable**

Description (include name of obligor)

_____  _____ – _____ = ➜ _____

                                  Total face amount     doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____  Tax year _____  _____

_____  Tax year _____  _____

_____  Tax year _____  _____

73. **Interests in insurance policies or annuities**

_____  _____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____  _____

**Nature of claim**  _____

**Amount requested**  _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____  _____

**Nature of claim**  _____

**Amount requested**  _____

76. **Trusts, equitable or future interests in property**

_____  _____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____  _____

_____  _____

78. **Total of Part 11**

Add lines 71 through 77. Copy the total to line 90.

_____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

    ❑ No

    ❑ Yes

## Part 12:   Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | | |
| 88. **Real property.** *Copy line 56, Part 9.*..................................................➔ | | $50,000,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | | |
| 90. **All other assets.** *Copy line 78, Part 11.* | **+** | |
| 91. **Total.** *Add lines 80 through 90 for each column*...........................91a. | $0.00 | **+** 91b.   $50,000,000.00 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ...................................................... | | $50,000,000.00 |

Fill in this information to identify the case:

Debtor name **Diamond Elite Albuquerque LLC**

United States Bankruptcy Court for the: _____ **Southern** _____ District of _____ **New York** _____
(State)

Case number (if known): **26-35494**

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property   12/15

**Be as complete and accurate as possible.**

**1.   Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |

| | | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|
| 2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. | | | |

**2.1   Creditor's name**

**CAF Bridge Borrower AX, LLC**

**Creditor's mailing address**

**c/o Spencer L. Eldelman, Esq., ModrallSperling et al.**

**P.O. Box2168**

**Albuquerque, NM 87103**

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to a lien**

Housing Development

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Column A: **$39,000,000.00**   Column B: **$50,000,000.00**

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$39,000,000.00** |
|---|---|---|

Debtor name          **Diamond Elite Albuquerque LLC**

United States Bankruptcy Court for the:

**Southern District of New York**

Case number (if known): _____ **26-35494** _____

☐ Check if this is an
amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims          **12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

**1.** **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

**2.** **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | Total claim | Priority amount |
|---|---|---|

| 2.1 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,105,997.86** | **$1,105,997.86** |
|---|---|---|---|---|

**BERNALILLO COUNTY TREASURER**

**415 Silver Ave Sw**

**Albuquerque, NM 87102-3225**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the Claim:**

_____

**Last 4 digits of account**

**number** __ __ __ __

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)  **(8)**

| 2.2 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | _____ | _____ |
|---|---|---|---|---|

_____

_____

_____

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account**

**number** __ __ __ __

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ___

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

**3.1**

**Nonpriority creditor's name and mailing address**

_____

_____

_____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
❏ Contingent
❏ Unliquidated
❏ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
❏ No
❏ Yes

_____

**3.2**

**Nonpriority creditor's name and mailing address**

_____

_____

_____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
❏ Contingent
❏ Unliquidated
❏ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
❏ No
❏ Yes

_____

**3.3**

**Nonpriority creditor's name and mailing address**

_____

_____

_____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
❏ Contingent
❏ Unliquidated
❏ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
❏ No
❏ Yes

_____

**3.4**

**Nonpriority creditor's name and mailing address**

_____

_____

_____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
❏ Contingent
❏ Unliquidated
❏ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
❏ No
❏ Yes

_____

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
| --- | --- |

**5.**    **Add the amounts of priority and nonpriority unsecured claims.**

| | | | **Total of claim amounts** |
| --- | --- | --- | --- |
| 5a. | **Total claims from Part 1** | 5a. | **$1,105,997.86** |
| 5b. | **Total claims from Part 2** | 5b. + | **$0.00** |
| 5c. | **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | **$1,105,997.86** |

Debtor name     **Diamond Elite Albuquerque LLC**

United States Bankruptcy Court for the: _____ **Southern** _____ District of _____ **New York** _____

Case number (If known): _____ **26-35494** _____   (State)
Chapter   **11**

☐ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases   12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1.  **Does the debtor have any executory contracts or unexpired leases?**

☐  No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑  Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Management of LLC | Diamond Equity Manager LLC |
| | | | c/o Elliot Engel, Esq. |
| | State the term remaining | 0 months | 978 Route 45, Suite 107 |
| | List the contract number of any government contract | | 10970 |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor name     **Diamond Elite Albuquerque LLC**

United States Bankruptcy Court for the: _____**Southern**_____ District of _____**New York**_____
(State)

Case number (If known):     **26-35494**

☐ Check if this is an
amended filing

## Official Form 206H
# Schedule H: Codebtors
12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively.
Attach the Additional Page to this page.**

1.  **Does the debtor have any codebtors?**

    ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

    ☐ Yes

2.  **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors,** *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 _____ | Street _____ _____ City    State    ZIP Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.2 _____ | Street _____ _____ City    State    ZIP Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.3 _____ | Street _____ _____ City    State    ZIP Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.4 _____ | Street _____ _____ City    State    ZIP Code | _____ | ☐ D ☐ E/F ☐ G |

| | Additional Page if Debtor Has More Codebtors |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.5 | _____ | _____ Street _____ _____ City    State    ZIP Code | _____ | ❏ D ❏ E/F ❏ G |
| 2.6 | _____ | _____ Street _____ _____ City    State    ZIP Code | _____ | ❏ D ❏ E/F ❏ G |

Debtor name     **Diamond Elite Albuquerque LLC**

United States Bankruptcy Court for the:

    **Southern District of New York**

Case number (if known):     **26-35494**      Chapter   **11**

☐ Check if this is an
amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals    **12/15**

**Part 1:** Summary of Assets

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   1a. **Real Property:**

      Copy line 88 from *Schedule A/B*................................................................................................................    **$50,000,000.00**

   1b. **Total personal property:**

      Copy line 91A from *Schedule A/B*............................................................................................................    **$0.00**

   1c. **Total of all property:**

      Copy line 92 from *Schedule A/B*..............................................................................................................    **$50,000,000.00**

**Part 2:** Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................    **$39,000,000.00**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**

      Copy the total claims from Part 1 from line 5a of *Schedule E/F*..................................................................    **$1,105,997.86**

   3b. **Total amount of claims of non-priority amount of unsecured claims:**

      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.......................................    **+    $0.00**

4. **Total liabilities**................................................................................................................................................    **$40,105,997.86**

   Lines 2 + 3a + 3b

Fill in this information to identify the case:

Debtor name **Diamond Elite Albuquerque LLC**

United States Bankruptcy Court for the:

**Southern District of New York**

Case number (if known): **26-35494**

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

---

### Part 1:   Income

**1.   Gross revenue from business**

   ☑ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2026**<br>MM/ DD/ YYYY | to   Filing date | ☐ Operating a business<br>☐ Other _____ | |
| **For prior year:** | From **01/01/2025**<br>MM/ DD/ YYYY | to **12/31/2025**<br>MM/ DD/ YYYY | ☐ Operating a business<br>☐ Other _____ | |
| **For the year before that:** | From **01/01/2024**<br>MM/ DD/ YYYY | to **12/31/2024**<br>MM/ DD/ YYYY | ☐ Operating a business<br>☐ Other _____ | |

**2.   Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None

| | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2026**<br>MM/ DD/ YYYY | to   Filing date | _____ | _____ |
| **For prior year:** | From **01/01/2025**<br>MM/ DD/ YYYY | to **12/31/2025**<br>MM/ DD/ YYYY | _____ | _____ |
| **For the year before that:** | From **01/01/2024**<br>MM/ DD/ YYYY | to **12/31/2024**<br>MM/ DD/ YYYY | _____ | _____ |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**3.  Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. _____ Creditor's name _____ Street _____ _____ City            State      ZIP Code | _____ _____ _____ | _____ | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other _____ |

**4.  Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. _____ Creditor's name _____ Street _____ _____ City            State      ZIP Code | _____ _____ _____ | _____ | _____ _____ _____ |
| **Relationship to debtor** _____ | | | |

**5.  Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|

5.1. _____     _____     _____     _____
     Creditor's name

     _____
     Street

     _____

     _____
     City                State    ZIP Code

**6.    Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1. _____<br>Creditor's name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City    State    ZIP Code | XXXX–__ __ __ __ | _____ | _____ |

---

**Part 3:**  Legal Actions or Assignments

**7.    Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

❏ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **CAF Bridge Borrower AX LLC v. Diamond Elite Albuquerque et al.**<br><br>**Case number**<br><br>**D-202-CV-2025-08342** | _____ | **District Court Second Judicial Bernadillo County New Mexico**<br>Name<br>**Po Box 488**<br>Street<br><br>_____<br>**Albuquerque, NM 87103-0488**<br>City    State    ZIP Code | ☑ Pending<br>❏ On appeal<br>❏ Concluded |

**8.    Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

❏ None

| 8.1. | Custodian's name and address | Description of the property | Value |
|---|---|---|---|
| | | **3003** | **$36,000,000.00** |
| | Custodian's name | | |
| | | **Case title** | **Court name and address** |
| | Street | **CAF Bridge Borrower AX LLC v. Diamond Elite Albuquerque et al.** | **District Court Second Judicial Bernadillo County New Mexico** |
| | | | **Po Box 488** |
| | | | Street |
| | City State ZIP Code | **Case number** | |
| | | **D-202-CV-2025-08342** | **Albuquerque, NM 87103-0488** |
| | | | City State ZIP Code |
| | | **Date of order or assignment** | |

## Part 4: Certain Gifts and Charitable Contributions

**9.** **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| 9.1. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| | Recipient's name | | | |
| | Street | | | |
| | City State ZIP Code | | | |
| | Recipient's relationship to debtor | | | |

## Part 5: Certain Losses

**10.** **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| 10.1. | | | |

## Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

❑ None

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | **Law Offices of Mitchell J. Canter** | **Attorney's Fee** | **3/30/2026** | **$1,738.00** |
| | **Address** | | | |
| | **511 Airport Executive Park** Street | | | |
| | **Nanuet, NY 10954** City                State       ZIP Code | | | |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | |
| | **Trustee** | | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

**13.1.**

| Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| | | | |

**Address**

Street

City                State      ZIP Code

**Relationship to debtor**

## Part 7: Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy |
|---|---|

14.1.

Street                                                    From _____ To _____

City                State      ZIP Code

## Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

15.1.

Facility name

Street          **Location where patient records are maintained**(if different from facility address). If electronic, identify any service provider.          **How are records kept?**

City      State    ZIP Code                                                    *Check all that apply:*

☐ Electronically

☐ Paper

| Part 9: | Personally Identifiable Information |

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

❑ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

❑ No

❑ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

❑ Yes. Does the debtor serve as plan administrator?

❑ No. Go to Part 10.

❑ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _ _ – _ _ _ _ _ _ |

Has the plan been terminated?

❑ No

❑ Yes

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 _____<br>Name<br><br>_____<br>Street<br><br>_____<br>City     State     ZIP Code | XXXX– _ _ _ _ | ❑ Checking<br>❑ Savings<br>❑ Money market<br>❑ Brokerage<br>❑ Other<br>_____ | _____ | _____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| 19.1 | **Depository institution name and address** | **Names of anyone with access to it** | **Description of the contents** | **Does debtor still have it?** |
|---|---|---|---|---|
| | | | | ❑ No |
| | Name | | | ❑ Yes |
| | Street | | **Address** | |
| | City          State     ZIP Code | | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| 20.1 | **Facility name and address** | **Names of anyone with access to it** | **Description of the contents** | **Does debtor still have it?** |
|---|---|---|---|---|
| | | | | ❑ No |
| | Name | | | ❑ Yes |
| | Street | | **Address** | |
| | City          State     ZIP Code | | | |

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| **Owner's name and address** | **Location of the property** | **Description of the property** | **Value** |
|---|---|---|---|
| | | | _____ |
| Name | | | |
| Street | | | |
| City          State     ZIP Code | | | |

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No

☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| | Name | | ☐ On appeal |
| **Case number** | | | ☐ Concluded |
| | Street | | |
| | City      State    ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City    State    ZIP Code | City    State    ZIP Code | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City    State    ZIP Code | City    State    ZIP Code | | |

## Part 13: Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. _____<br>Name<br>_____<br>Street<br>_____<br>City        State   ZIP Code | | EIN: __ __ – __ __ __ – __ __ __ __<br>**Dates business existed**<br>From _____  To _____ |

**26. Books, records, and financial statements**

26a.  List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☑None

| Name and address | Dates of service |
|---|---|
| 26a.1. _____<br>Name<br>_____<br>Street<br>_____<br>City            State        ZIP Code | From _____  To _____ |

26b.  List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑None

| Name and address | Dates of service |
|---|---|
| 26b.1. _____<br>Name<br>_____<br>Street<br>_____<br>City            State        ZIP Code | From _____  To _____ |

26c.  List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. _____<br>Name<br>_____<br>Street<br>_____<br>City            State        ZIP Code | _____<br>_____<br>_____ |

26d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑None

| Name and address |
| --- |

26d.1.

Name

Street

City        State       ZIP Code

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

❏ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |
| | | |

| Name and address of the person who has possession of inventory records |
| --- |

27.1.

Name

Street

City        State       ZIP Code

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| | | , | |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No

❏ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
| --- | --- | --- | --- |
| | | , | From _____ <br> To _____ |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No

❏ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.1.

Name

Street

City                          State          ZIP Code

**Relationship to debtor**

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

❏ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: __ __ – __ __ __ __ __ __ __ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

❏ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: __ __ – __ __ __ __ __ __ __ |

## Part 14: Signature and Declaration

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **05/20/2026**
              MM/ DD/ YYYY

**X** **/s/ Avraham Majer**                    Printed name    **Avraham Majer**
Signature of individual signing on behalf of the debtor

Position or relationship to debtor  **Chief Restructuring Officer**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No

❏ Yes

Debtor name      **Diamond Elite Albuquerque LLC**

United States Bankruptcy Court for the:

      **Southern District of New York**

Case number (if known):     **26-35494**

❑ Check if this is an
amended filing

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors   **12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

❑ *Amended Schedule* _____

❑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

❑ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **05/20/2026**
      MM/ DD/ YYYY

**X**  **/s/ Avraham Majer**
Signature of individual signing on behalf of debtor

**Avraham Majer**
Printed name

**Chief Restructuring Officer**
Position or relationship to debtor

# United States Bankruptcy Court
## Southern District of New York

**In re**     Diamond Elite Albuquerque LLC

Case No. _____**26-35494**_____

**Debtor**

Chapter _____**11**_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ................................................................................     **$1,738.00**

Prior to the filing of this statement I have received ....................................................................     **$1,738.00**

Balance Due .................................................................................................................................     **$0.00**

2.    The source of the compensation paid to me was:

☑ Debtor          ☐ Other (specify)

3.    The source of compensation to be paid to me is:

☑ Debtor          ☐ Other (specify)

4.    ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.    Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

    a.    Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b.    Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:

CERTIFICATION

      I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **05/20/2026** | **/s/ Mitchell Canter** |
| *Date* | Mitchell Canter |
| | *Signature of Attorney* |

Bar Number: 1838325
Law Offices of Mitchell J. Canter
511 Airport Executive Park
Nanuet, NY 10954
Phone: (845) 371-7500

**Law Offices of Mitchell J. Canter**

*Name of law firm*

[ case number ]

**BERNALILLO COUNTY TREASURER**
415 Silver Ave Sw
Albuquerque, NM 87102-3225


**CAF Bridge Borrower AX, LLC**
c/o Spencer L. Eldelman, Esq.,
ModrallSperling et al.
P.O. Box2168
Albuquerque, NM 87103

**Diamond Equity Manager LLC**
c/o Elliot Engel, Esq.
978 Route 45, Suite 107
10970

IN RE: **Diamond Elite Albuquerque LLC**                                          CASE NO 26-35494

CHAPTER **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date     **05/20/2026**          Signature                                        **/s/ Avraham Majer**

Avraham Majer , Chief Restructuring Officer

# United States Bankruptcy Court
## Southern District of New York

In re **Diamond Elite Albuquerque LLC**

Debtor(s)

Case No. **26-35494**

Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Diamond Elite Albuquerque LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☑ None [*Check if applicable*]

**05/20/2026**

Date

**/s/ Mitchell Canter**

**Mitchell Canter**
Signature of Attorney or Litigant
Counsel for **Diamond Elite Albuquerque LLC**
**Bar Number: 1838325**
**Law Offices of Mitchell J. Canter**
**511 Airport Executive Park**
**Nanuet, NY 10954**
**Phone: (845) 371-7500**
**Email: mitchell@mitchellcanterlaw.com**