# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK
## POUGHKEEPSIE DIVISION

IN RE:                                                          CHAPTER  **11**
**Diamond Elite Albuquerque LLC**

DEBTOR(S)                                                       CASE NO   **26-35494**

### LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
| --- | --- | --- | --- |

**HCW EQUITIES LLC**
320 Roebling Street, Suite 330 Brooklyn, NY 11211

**Hudson Branch LLC**
21 Widman Ct #201 Spring Valley 10977

**Rafael Sterngold**
20 Meribeth Ln, Monroe NY 10950

**Handy Laundry Products Corp**
11 LEMBERG CT 302 MONROE NY 10950

**Mordechai Kellner**
59 HUDSON POINTE MONROE, NY 10950

**Rachel Loeb**
491 NY-208, Suite 420 Monroe, NY 10950

**Larry Hartman**
7 ALLEGHANY CROSS MONROE NY 10950

**MALCOLM MYERS**
6 Miriam Lane Monsey NY 10952

**Best Source Office Supplies Inc**
6 Frankfurt #202 Monroe NY 10950

**4 YOUMANS LLC**
5 Dunhill Lane, Monsey NY 10952

**Bay Branch LLC**
10 GLORIA DR SPRING VALLEY NY 10977

**Diamond Wireless Corp**
3 Yoel Klein Blvd #101 Monroe NY 10950

**Genuine Product Supply**
3 Meron Dr #301 Monroe NY 10950

**Orange County Investors LLC**
6 Frankfurt Road, Unit 201 Monroe NY 10950

**Shia and Malky gOLDBERGER**
5 Van Buren DR #402 Monroe NY 10950

**The Reich Family Irrevocable Trust**
4 Lemberg Ct Unit 101, Monroe, NY 10950

**Vojo LLC**
103 Spring Valley Road, Montvale NJ 07645

| Registered Name of Holder of Security Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| **Best Business Solutions Inc.** 16 COUNTRY HOLLOW HIGHLAND MILLS NY 10930 | | | |

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the **Chief Restructuring Officer** of the **Nonpublic Corporation** named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **05/20/2026**

Signature: **/s/ Avraham Majer**

*Avraham Majer , Chief Restructuring Officer*