UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------

In re   Diamond Elite Albuquerque, LLC,



        Debtor.

-------------------------------------------------------------

Presentment Date: June 22, 2026
Presentment Time: noon

 Chapter 11


 Case No. : 26-35494-kyp

## NOTICE OF PRESENTMENT OF AN ORDER TO EMPLOY AND RETAIN PROFESSIONALS

PLEASE TAKE NOTICE that Diamond Elite Albuquerque, LLC, Debtor herein by its attorney, Mitchell J. Canter, Esq., will present for signature the annexed Order approving the employment of professionals, together with such other and further relief as to this Court is just, proper and equitable, to the.Honorable Kyu Y. Paek, United States Bankruptcy Judge, at the United States Bankruptcy Court, 355 Main St., Poughkeepsie, New York 12601, on June 22, 2026, at 12:00 noon.

PLEASE TAKE FURTHER NOTICE that unless a written objection to the proposed order, with proof of service, is filed with the Clerk of the Court and a courtesy copy is delivered to the Bankruptcy Judge's chambers at least three days before the date of presentment, there may not be a hearing and the Order may be signed.

PLEASE TAKE FURTHER NOTICE that if a written objection is timely filed, the Court will notify the moving and objecting parties of the date and time of the hearing and of the moving party's obligation to notify all other parties entitled to

receive notice. The moving and objecting parties are required to attend the hearing, and failure to attend in person or by counsel may result in relief being granted or denied upon default.

PLEASE TAKE FURTHER NOTICE that the ECF docket number to which the filing relates shall be included in the upper right hand corner of the caption of all objections.

Dated:  Nanuet, NY
            June 8, 2026

                                                            Respectfully submitted,
                                                            Diamond Elite Albuquerque, LLC

                                        By:    /s/ Mitchell J. Canter
                                                            Mitchell J. Canter
                                                            Attorney for the Debtor
                                                            511 Airport Executive Park
                                                            Nanuet, NY 10954


To:    ATTACHED DISTRIBUTION LIST

DISTRIBUTION LIST

BERNALILLO COUNTY TREASURER
415 Silver Ave Sw
Albuquerque, NM 87102-3225

CAF Bridge Borrower AX, LLC
c/o Spencer L. Eldelman, Esq.,
Modrall Sperling et al.
P.O. Box2168
Albuquerque, NM 87103

Jeffrey R. Fine, Esq.
1717 Main Street
Suite 4000
Dallas, Texas 75201