UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------

In re:   Diamond Elite Albuquerque, LLC,

     Debtor.

----------------------------------------------------------------

Chapter 11

Case No.: 26-35494-kyp

## APPLICATION FOR AN ORDER AUTHORIZING THE DEBTOR TO EMPLOY AND RETAIN PROFESSIONALS

Diamond Elite Albuquerque, LLC ("Debtor") by its attorney Mitchell J. Canter, Esq., hereby submits this Application ("Application") for entry of an order, in substantially the form attached hereto as Exhibit B, authorizing the Debtor to employ and retain RG Properties and Robert Gallegos, Qualifying Broker, pursuant to §§ 327(a), 328(a) and 330 of Title 11 of the United States Code ("Bankruptcy Code"), Rules 2014(a) and 2016(a) of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules") and Rules 2014-1 and 2016-1 of the Local Rules for the Bankruptcy Court for the Southern District of New York ("Local Rules").

In further support of this Application, the Debtor represents as follows:

### JURISDICTION

1. This is a core proceeding pursuant to 28 U.S.C. § 157(b). This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

### BACKGROUND

3. On May 4, 2026, the Debtor commenced with this Court a voluntary case

under Chapter 11 of the Bankruptcy Code..

4. While attempting to formulate a viable Chapter 11 Plan Debtor determined that it would be in the best interest of Debtor's estate to sell its single asset real estate complex located at 3003 Transport Rd SE, Albuquerque, NM 87106 (the "Premises").

5. In order to achieve this end it is necessary for the Debtor to hire a real estate professional with the knowledge and expertise to sell the Premises.

## RELIEF REQUESTED

6. By this Application, the Debtor seek the entry of an order substantially in the form of Exhibit B hereto authorizing the Debtor to employ and retain RG Properties and Robert Gallegos, Qualifying Broker, to market and sell the Premises pursuant to §§327(a), 328(a) and 330 of the Bankruptcy Code, Bankruptcy Rules 2014(a) and 2016(a) and Local Rules 2014-1 and 2016-1.

## BASIS FOR RELIEF

7. It has become increasingly evident to Debtor that in order to have a confirmable Chapter 11 Plan, it must sell the Premises. Debtor has interviewed numerous real estate agents and has determined that RG Properties and Robert Gallegos, Qualifying Broker, have the experience necessary to perform this work on behalf of the Debtor, at a reasonable expense to Debtor.

8. Debtor believes that the foregoing professional is well qualified to assist the Debtor on the matters for which they Debtor seeks his engagement.

## SERVICES TO BE RENDERED

9. In its capacity as real estate agent, RG Properties and Robert Gallegos, Qualifying Broker, will list, market and show the Premises in an effort to conclude a

successful sale.

PROFESSIONAL COMPENSATION

10.    Subject to Court approval, Debtor has entered into a contingent fee arrangement with RG Properties and Robert Gallegos, Qualifying Broker, whereby RG Properties and Robert Gallegos, Qualifying Broker will receive a fee of two (2.00%) percent of  the sale proceeds of the Premiss. See Exhibit A annexed hereto.

DISINTERESTEDNESS OF PROFESSIONALS

11.    To the best of Debtor's knowledge, none of the professionals named herein whom Debtor seeks to engage, has any connection with the Debtor, his creditors or any other party in interest, their respective attorneys and accountants, the United States Trustee or any person employed in the Office of the Untied States Trustee.

NOTICE

12.    Notice of this Motion has been provided to the Office of the United States Trustee for the Southern District of New York; and all Debtor's creditors.

WHEREFORE, the Debtor respectfully request that this Court enter an order, in substantially the form attached hereto as Exhibit B, authorizing the Debtor to employ and retain the professionals named herein, pursuant to §§ 327(a) of the 328(a) of the Bankruptcy Code on the terms and conditions set forth herein, and (ii) granting such other and further relief as may seem just and proper.

Dated:   Nanuet, NY
         June 8, 2026

Respectfully submitted,

Diamond Elite Albuquerque, LLC

By:/s/Mitchell J. Canter
    Mitchell J. Canter
    Attorney for Debtor
    511 Airport Executive Park
    Nanuet, NY 10954
    845.371.7500